**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. **17-54038** |
| **ZSAVOTIA M CALDWELL** | CHAPTER 7 |
| Debtor(s) | JUDGE John E. Hoffman Jr. |
| | **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Richard P. Schroeter Jr., Thomas R. Houlihan and the law firm of Amer Cunningham Co., L.P.A. hereby enter their appearance on behalf of the **State of Ohio, Department of Taxation.** Pursuant to Fed. R. Bankr. P. 2002(g), counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

Richard P. Schroeter Jr.
Thomas R. Houlihan
*Amer Cunningham Co., L.P.A*.
159 South Main Street, Suite 1100
Akron, OH  44308-1322
(330) 762-2411
Fax (330) 762-9918
rschroeter@amer-collect.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.  The undersigned requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

*/s/ Richard Schroeter*
Richard P Schroeter Jr. (#0089026)
rschroeter@amer-collect.com
*/s/ Thomas R. Houlihan*
Thomas R. Houlihan (#0070067)
Houlihan@amer-law.com
**AMER CUNNINGHAM CO., L.P.A.**
159 South Main Street, Suite 1100
Akron, OH  44308-1322
(330)762-2411
Fax (330) 762-9918
***Special Counsel to the State of Ohio Attorney General***

### ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing Notice of Appearance was served by ECF (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 12/6/2017 addressed to:

Zsavotia M Caldwell
1999 Lynbridge Drive
Reynoldsburg, OH 43068

/s/ Richard Schroeter_____
/s/ Tom Houlihan_____
***Special Counsel to the State of Ohio Attorney General***